| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) <br><br> VIRGINIA E. FORTUNATO, LLC <br> One Kinderkamack Road <br> Hackensack, New Jersey  07601 <br> Tel.: 201-673-5777 <br><br> Virginia E. Fortunato, Esq. - VEF-0787 <br> Attorney for Debtors, Eric R. Levy and Stacey Levy | |
| In Re: <br><br><br> Carolyn Bocchino, <br><br>        Debtors. | Case No.: __18-23643__ <br><br> Judge: __Vincent Paplia__ <br><br> Chapter:         13 |

## CHAPTER 13 ATTORNEY'S CERTIFICATION IN OPPOSITION

The debtor(s), through their counsel, in this case opposes the following (**choose one**):

1.    ☒ Motion for Relief from the Automatic Stay filed by ____Ford Motor Credit____, creditor,

    A hearing has been scheduled for ____September 20, 2018____, at 11:00 a.m..

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☐ Certification of Default filed by _____,

    I am requesting a hearing be scheduled on this matter.

2.    I oppose the above matter for the following reasons (**choose one**):

    ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:

Both post-petition payments were paid by phone on 09/17/15 in the amount of $6'

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: September 17, 2018

/s/ Virginia E. Fortunato, Esq.
Attorney for Debtors

NOTES:

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*