Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−23643−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Carolyn Bocchino
  aka Carolyn Ferriero
  15 Doremus Place
  Clifton, NJ 07013

Social Security No.:
  xxx−xx−7807

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 7/30/18 and a confirmation hearing on such Plan has been scheduled for 10/4/18.

The debtor filed a Modified Plan on 10/1/18 and a confirmation hearing on the Modified Plan is scheduled for 11/1/18 at 10:00 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: October 3, 2018
JAN: wdh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 18-23643-VFP
Carolyn Bocchino                                                Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 3           Date Rcvd: Oct 03, 2018
                            Form ID: 186             Total Noticed: 92

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2018.
```
db            +Carolyn Bocchino,    15 Doremus Place,    Clifton, NJ 07013-2601
cr            +CAB East LLC, serviced by Ford Motor Credit Compan,     P.O. Box 62180,
               Colorado Springs, CO 80962-2180
517633243      Best Buy Corporate Headquarters,    7601 Penn Avenue S (at 7th Street),    Richfield, MN 55423
517633246     +Capital One Bank (USA), NA (FDIC),    4851 Cox Road,    Glen Allen, VA 23060-6293
517633247     +Capital One Bank Corporate Office,    1680 Capital One Drive,    Mc Lean, VA 22102-3407
517633248     +Capital One N.A.,    Att: Midland Funding,    2365 Northside Drive - Suite 300,
               San Diego, CA 92108-2709
517745112      Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517633249     +Chase Bank USA, NA (FDIC),    200 White Clay Center Drive,    Newark, DE 19711-5466
517633250     +Chase Card Services,    Correspondence Dept,    P.O. Box 15298,    Wilmington, DE 19850-5298
517633251     +Chase Card Services,    P.O. Box 15298,    Wilmington, DE 19850-5298
517633252     +Citibank, N.A.,    Att: Portfolio Recovery,    120 Corporate Boulevard - Suite 1,
               Norfolk, VA 23502-4952
517633253     +Citibank, N.A./Best Buy,    Att: Portfolio Recovery,    P.O. Box 41067,    Norfolk, VA 23541-1067
517633254     +Citibank, NA (FDIC),    701 East 60th Street, North,    Sioux Falls, SD 57104-0493
517633255     +City of Clifton,    900 Clifton Avenue,    Clifton, NJ 07013-2708
517633256     +Clifton Tax Collector,    900 Clifton Avenue,    Clifton, NJ 07013-2708
517633260      Credit One Bank N.A.,    Att: Midland Funding,    365 Northside Drive - Suite 300,
               San Diego, CA 92108
517633261     +Credit One Bank, NA (FDIC),    585 Pilot Road,    Las Vegas, NV 89119-3619
517633262     +Discover Bank,    Att: Forster, Garbus & Garbus,    7 Banta Place,    Hackensack, NJ 07601-5604
517633263     +Discover Bank (FDIC),    502 E. Market Street,    Greenwood, DE 19950-9700
517633266     +Eleanor Ferriero,    15 Brandtwood Place,    Clifton, NJ 07013-3901
517633267     +Equifax,    1550 Peartree Street NW,    Atlanta, GA 30309-2468
517633268     +Experian,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
517637527    ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
              (address filed with court: Ford Motor Credit Company LLC,     Dept. 55953,    PO Box 55000,
               Detroit, MI 48255-0953)
517633269     +JC Penney Corporate Headquarters,    6501 Legacy Drive,    Plano, TX 75024-3698
517633270     +JPMorgan Chase Bank, N.A. (FDIC),    1111 Polaris Parkway,    Columbus, OH 43240-2031
517633274      Liberty Mutual Insurance Company,    Att: Credit Collection Services,    P.O. Box 55126,
               Boston, MA 02205-5126
517633275     +Liberty Mutual Insurance Company,    141 Congress Street,    Boston, MA 02110-2511
517633273     +Liberty Mutual Insurance Company,    Att: Credit Collection Services,    725 Canton Street,
               Norwood, MA 02062-2679
517633276     +Lincoln Automotive Financial Service,    Att: Bankruptcy,    P.O. Box 542000,
               Omaha, NE 68154-8000
517633284     +MTA Bridges and Tunnels E-Z Pass,    2 Broadway,    New York, NY 10004-3357
517633286     +MTA Bridges and Tunnels E-Z Pass,    Att: Transworld Systems Inc.,    5626 Frantz Road,
               Dublin, OH 43017-2590
517633285      MTA Bridges and Tunnels E-Z Pass,    Att: Transworld Sysems Inc.,    P.O. Box 15110,
               Wilmington, DE 19850-5110
517633279     +Midland Funding, LLC,    Att: Pressler, Felt & Warshaw, LLP,    7 Entin Road,
               Parsippany, NJ 07054-5020
517633281     +Midland Funding, LLC/SYNCB,    Att: Leonard H. Franco, Esq.,    1037 Raymond Boulevard,
               Suite 710,    Newark, NJ 07102-5427
517633282     +Midland Funding, LLC/SYNCB/JC Penney,    Att: Pressler, Felt & Warshaw, LLP,    7 Entin Road,
               Parsippany, NJ 07054-5020
517633283     +Midland Funding/SYNCH JC Penney,    Att: Court Officer Jose Veazquez,    P.O. Box 6829,
               Paterson, NJ 07509-6829
517633287      New Jersey E-Z Pass,    Att: RMCB Collection Agency,    P.O. Box 1235,    Elmsford, NY 10523-0935
517633289     +Nordstrom FSB,    Att: Portfolio Recovery,    120 Corporate Boulevard - Suite 1,
               Norfolk, VA 23502-4952
517633290     #+Nordstrom FSB (FDIC),    8502 East Princess Drive,    Suite 150,    Scottsdale, AZ 85255-5488
517633291      Nordstrom Inc. Corporate Offices,    1617 Sixth Avene,    Seattle, WA 98101-1707
517633294     +Portfolio Recovery/Citibank Best Buy,    Att: Forster, Garcus & Garbus,    7 Bantan Place,
               Hackensack, NJ 07601-5604
517633295      Portfolio Recovery/Citibank Best Buy,    Att: Forster, Garbus & Garbus,    60 Motor Parkway,
               Commack, NY 11725-5710
517633296      Slomin’s Inc.,    Att: O’Brien & Taylor,    175 Fairfield Avenue,    P.O. Box 505,
               West Caldwell, NJ 07007-0505
517633297     +Slomin’s Inc.,    Att: Court Officer Steven Palamara,    P.O. Box 7236,
               Paterson, NJ 07509-7236
517633298     +Slomin’s Inc. Corporate Office,    125 Lauman Lane,    Hicksville, NY 11801-6539
517633301     +Synchrony Bank,    Att: Midland Funding,    2365 Northside Drive - Suite 300,
               San Diego, CA 92108-2709
517633302     +Synchrony Bank,    c/o PRA Receivables Management, LLC,    P.O. Box 41021,
               Norfolk, VA 23551-0001
517633304     +Trans Union,    P.O. Box 2000,    Chester, PA 19016-2000
517633305     +Trans Union Corporate Office,    555 W. Adams Street,    Chicago, IL 60661-3631
517633308      Verizon,    National Recovery Operations,    Minneapolis, MN 55426
517633312      Verizon Wireless,    Att: The CBE Group, Inc.,    109 Technology Parkway,
               Cedar Falls, IA 50613
```

```
District/off: 0312-2          User: admin              Page 2 of 3                Date Rcvd: Oct 03, 2018
                              Form ID: 186             Total Noticed: 92

517633313      Verizon Wireless,   Att: The CBE Group, Inc.,   Payment Processing Center,    P.O. Box 2038,
                Waterloo, IA 50704-2038
517633318     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
              (address filed with court: Wells Fargo Home Mortgage,    8480 Stagecoach Circle,
                Frederick, MD 21701)
517633314     ++WELLS FARGO BANK NA,    1 HOME CAMPUS,   MAC X2303-01A,   DES MOINES IA 50328-0001
              (address filed with court: Wells Fargo Bank,   Att: Bankruptcy Dept,    P.O. Box 6429,
                Greenville, SC 29606)
517633315      Wells Fargo Bank,    Loan Service Credit Dispute,    San Antonio, TX 78265
517633316     +Wells Fargo Bank, N.A. (FDIC),   101 North Phillips Avenue,    Sioux Falls, SD 57104-6714
517694349      Wells Fargo Bank, N.A.,    Default Document Processing,   N9286-01Y,    1000 Blue Gentian Road,
                Eagan, MN 55121-7700
517633317     +Wells Fargo Home Mortgage,    Att: Bankruptcy,   3476 Stateview Boulevard,    Mac Z7801-014,
                Fort Mill, SC 29715-7203
517633320     +World Financial Network Bank,    Att: Portfolio Recovery,    120 Corporate Boulevard - Suite 1,
                Norfolk, VA 23502-4952

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 04 2018 00:28:37      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 04 2018 00:28:33      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Oct 04 2018 00:25:40
                 Synchrony Bank, c/o PRA Recievables Management, LL,    POB 41021,   Norfolk, VA 23541-1021
517633244      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 04 2018 00:26:56       Capital One,
                 Att: Bankruptcy,   P.O. Box 30285,   Salt Lake City, UT 84130-0285
517633245      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 04 2018 00:25:42       Capital One,
                 P.O. Box 5253,   Carol Stream, IL 60197-5253
517633257      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 04 2018 00:28:20      Comenity Bank (FDIC),
                 f/k/a World Financial Network Bank,   One Righter Parkway - Suite 100,
                 Wilmington, DE 19803-1533
517633259      +E-mail/PDF: creditonebknotifications@resurgent.com Oct 04 2018 00:26:21       Credit One Bank,
                 P.O. Box 98875,   Las Vegas, NV 89193-8875
517633258      +E-mail/PDF: creditonebknotifications@resurgent.com Oct 04 2018 00:37:24       Credit One Bank,
                 Att: Bankruptcy,   P.O. Box 98873,   Las Vegas, NV 89193-8873
517633264       E-mail/Text: mrdiscen@discover.com Oct 04 2018 00:27:39      Discover Financial,
                 P.O. Box 15316,   Wilmington, DE 19850
517641795       E-mail/Text: mrdiscen@discover.com Oct 04 2018 00:27:39      Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH 43054-3025
517633265      +E-mail/Text: mrdiscen@discover.com Oct 04 2018 00:27:39      Discover Financial,   P.O. Box 3025,
                 New Albany, OH 43054-3025
517633271      +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 04 2018 00:27:48       Kohls/Capital One,
                 Kohls Credit,   P.O. Box 3120,   Milwaukee, WI 53201-3120
517633272      +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 04 2018 00:27:48       Kohls/Capital One,
                 P.O. Box 3115,   Milwaukee, WI 53201-3115
517707258      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 04 2018 00:28:32      MIDLAND FUNDING LLC,
                 PO BOX 2011,   WARREN MI 48090-2011
517633277      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 04 2018 00:28:32      Midland Credit Management,
                 2365 Northside Drive - Suite 300,   San Diego, CA 92108-2709
517633278      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 04 2018 00:28:32      Midland Funding LLC/SYNCB,
                 Att: Leonard H. Franco, Esq.,   Midland Credit Management, Inc.,    P.O. Box 2121,
                 Warren, MI 48090-2121
517633280      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 04 2018 00:28:32      Midland Funding, LLC,
                 2365 Northside Drive - Suite 300,   San Diego, CA 92108-2709
517633288      +E-mail/Text: Jerry.Bogar@conduent.com Oct 04 2018 00:29:52      New Jersey E-Z Pass,
                 375 McCarter Highway,   Newark, NJ 07114-2562
517633292       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 04 2018 00:26:57
                 Portfolio Recovery,   120 Corporate Boulevard,   Norfolk, VA 23541
517633293       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 04 2018 00:26:16
                 Portfolio Recovery,   140 Corporate Boulevard,   Norfolk, VA 23541
517742280       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 04 2018 00:26:17
                 Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
517749572       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 04 2018 00:26:56
                 Portfolio Recovery Associates, LLC,   c/o Victorias Secret,    POB 41067,   Norfolk VA 23541
517633299      +E-mail/PDF: gecsedi@recoverycorp.com Oct 04 2018 00:26:12      SYNCB/Care Credit,
                 P.O. Box 965036,   Orlando, FL 32896-5036
517633300      +E-mail/PDF: gecsedi@recoverycorp.com Oct 04 2018 00:26:13      SYNCB/Lord & Taylor,
                 P.O. Box 965015,   Orlando, FL 32896-5015
517634042      +E-mail/PDF: gecsedi@recoverycorp.com Oct 04 2018 00:26:51      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517633303      +E-mail/PDF: gecsedi@recoverycorp.com Oct 04 2018 00:26:11      Synchrony Bank (FDIC),
                 170 West Election Road - Suite 125,   Draper, UT 84020-6425
517633306      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 04 2018 00:27:34
                 Verizon,   Att: Wireless Bankrupty Admin,   500 Technology Drive - Suite 500,
                 Weldon Springs, MO 63304-2225
517633309      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 04 2018 00:27:34
                 Verizon,   P.O. Box 650584,   Dallas, TX 75265-0584
```

```
District/off: 0312-2           User: admin              Page 3 of 3               Date Rcvd: Oct 03, 2018
                               Form ID: 186             Total Noticed: 92
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
517633307       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 04 2018 00:27:34
                 Verizon,    Att: Wireless Bankruptcy Admin,    500 Technology Drive - Suite 550,
                 Weldon Springs, MO 63304-2225
517736541       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 04 2018 00:37:42      Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517633310       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 04 2018 00:27:34
                 Verizon Corporate Office Headquarters,    140 West Street,   New York, NY 10007-2123
517633311       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 04 2018 00:27:34
                 Verizon Wireless,    200 Corporate Drive,   Orangeburg, NY 10962-2616
517633319       +E-mail/PDF: bk@worldacceptance.com Oct 04 2018 00:25:44      World Financial Network Bank,
                 Att: Portfolio Recovery,   P.O. Box 41067,   Norfolk, VA 23541-1067
                                                                                             TOTAL: 33

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2018 at the address(es) listed below:
```
              Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK, N.A. cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company
               LLC ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Legacy Mortgage Asset Trust 2018-RPL3
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Virginia E. Fortunato    on behalf of Debtor Carolyn  Bocchino njbankruptcy911@gmail.com,
               bankruptcynotices2011@gmail.com;fortunatovr82014@notify.bestcase.com
                                                                                             TOTAL: 6
```