

Order Filed on October 9, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Carolyn Bocchino

Debtor,

Case No.:     18-23643

Chapter:     13

Hearing Date:     9/20/2018

Judge:     Vincent F. Papalia

# ORDER VACATING

(Docket # 30 ) Order Granting Motion For Relief From Stay re: 2017 Ford Escape.

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 9, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The Court on its own motion finds that the:

(Docket # 30 ) Order Granting Motion For Relief From Stay re: 2017 Ford Escape.

was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order , dated     September 27, 2018    , be and the same is hereby vacated.

*revised 2/25/14*