**Order Filed on October 9, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: _____18-23643_____ |
| | Chapter: _____13_____ |
| Carolyn Bocchino | Hearing Date: _____9/20/2018_____ |
| Debtor, | Judge: _____Vincent F. Papalia_____ |

## ORDER VACATING

(Docket # 30 ) Order Granting Motion For Relief From Stay re: 2017 Ford Escape.

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 9, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The Court on its own motion finds that the:

 (Docket # 30 ) Order Granting Motion For Relief From Stay re: 2017 Ford Escape.

was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order , dated _____ September 27, 2018 _____, be and the
same is hereby vacated.

*revised 2/25/14*

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 18-23643-VFP
Carolyn Bocchino                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: Oct 09, 2018
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 11, 2018.
db             +Carolyn Bocchino,    15 Doremus Place,    Clifton, NJ 07013-2601

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 9, 2018 at the address(es) listed below:
          Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK, N.A. cwohlrab@logs.com,
          njbankruptcynotifications@logs.com
          John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company
          LLC ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
          Marie-Ann  Greenberg   magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    Legacy Mortgage Asset Trust 2018-RPL3
          rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Virginia E. Fortunato    on behalf of Debtor Carolyn  Bocchino njbankruptcy911@gmail.com,
          bankruptcynotices2011@gmail.com;fortunatovr82014@notify.bestcase.com
                                                                                        TOTAL: 6