UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

47063
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for Ford Motor Credit Company LLC,
servicer for CAB EAST LLC

Order Filed on October 23, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

CAROLYN BOCCHINO

Case No.: 18-23643

Adv. No.:

Hearing Date: 9-60-18

Judge: ~~SLM~~   VFP

# ORDER REIMPOSING STAY AND PROVIDING FOR LEASE ASSUMPTION, MONTHLY PAYMENTS AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: October 23, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**Carolyn Bocchino**
**18-23643(VFP)**
**Order Reimposing Automatic Stay, Providing for Lease Assumption and Monthly Payments for Stay Relief under Certain Circumstances**
**Page 2**

This matter having been brought on before this Court on motion for stay relief and co-debtor stay relief as to the non-filing co-debtor, Eleanor Ferriero filed by John R. Morton, Jr., Esq, attorney for Ford Motor Credit Company LLC, servicer for CAB EAST LLC, with the appearance of Virginia Fortunato, Esq. on behalf of the debtor, and this order having been filed with the Court and served upon the debtor, her attorney and the non-filing co-debtor, Eleanor Ferriero under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That Ford Motor Credit Company, LLC is the servicer for CAB EAST LLC, the owner and lessor of a 2017 Ford Escape bearing vehicle identification number 1FMCU9GD9HUA56744 (hereinafter the "vehicle"), which vehicle is leased by the debtor and non-filing co-debtor, Carolyn Bocchino.

2. As a result of the entry of this order, the automatic stay is reinstated as to Ford Motor Credit Company, servicer for CAB EAST LLC, and the plan is amended to provide for assumption of the lease by the debtor.

3. The debtor shall make all lease payments to Ford Motor Credit Company LLC, servicer for CAB EAST LLC when due, being the 30th day of each month. In the event the debtor fails to make any payment for a period of 30 days after it falls due, Ford Motor Credit Company LLC, servicer for CAB EAST LLC shall receive stay relief and co-debtor stay relief as to the non-filing co-debtor, Eleanor Ferriero to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtor, her attorney and the non-filing co-debtor.

4. The debtor shall maintain insurance on the vehicle in accordance with the terms of the lease. In the event of a lapse of insurance for any period of time without intervening coverage, Ford Motor Credit Company LLC, servicer for CAB EAST LLC shall receive stay relief and co-debtor stay relief to repossess and sell the vehicle by filing a certification that insurance has lapsed with the court and serving it upon the debtor, her attorney and the non-filing co-debtor.

5. The debtor shall pay to Ford Motor Credit Company LLC, servicer for CAB EAST LLC through the plan, a counsel fee of $506 which shall be paid by the trustee as an administrative priority expense.

6. At the end of the lease, if the debtor has not immediately purchased the vehicle in accordance with the lease end purchase option, Ford Motor Credit Company LLC, servicer for CAB EAST LLC shall have immediate stay relief <u>shall receive immediate stay relief and co-debtor stay relief without any application to the Court or notice to the debtor, her attorney or the non-filing co-debtor, and shall be permitted to immediately repossess and sell the vehicle.</u>