**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

VIRGINIA E. FORTUNATO, L.L.C.
One Kinderkamack Road
Hackensack, NJ 07601
201-673-5777

Virginia E. Fortunato #VEF-0787
*Attorney for Debtor, Carolyn Bocchino*

Order Filed on December 14, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**CAROLYN BOCCHINO**

Debtor.

Case No.   18-23643/VFP

Chapter:   13

Hearing Date:   December 6, 2018

Judge:   Vincent F. Papalia

## ORDER FOR ALLOWANCE OF PRE-CONFIRMATION ATTORNEY FEES FOR SERVICES RENDERED PURSUANT TO 11 U.S.C. § 503(b)

The relief set forth on the following pages numbered two (2) through two (2) is hereby **ORDERED**.

DATED: December 14, 2018

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

| | |
|---|---|
| **Page:** | 2 |
| **Debtors:** | Carolyn Bocchino |
| **Case No.:** | 18-23643/VFP - Chapter 13 |
| **Caption:** | Order For Allowance of Pre-Confirmation Attorney Fees for Services Rendered Pursuant to 11 U.S.C. § 503(b) |

**THIS MATTER** being opened to the Court by Virginia E. Fortunato, Esq., attorney for the debtor, Carolyn Bocchino, for an Order for an Allowance of Fees to the debtor's attorney and the Court having considered the Affidavit of Services and Application for Allowance and for good cause otherwise appearing:

**ORDERED,** that the attorney for the debtor is hereby allowed the sum of $6,500.00 as her fee and $473.85 for costs and expenses of which $3,100.00 has already been received by said attorney and of which the balance of $3,873.85 shall be paid to said attorney through the debtor's plan; and it is further,

**ORDERED,** that the monthly payment to the Chapter 13 Trustee shall be determined at the confirmation hearing; and it is further,

**ORDERED,** that the monthly payment to the Chapter 13 Trustee shall be increased from $643.00 to $720.00 per monthly beginning December, 2018; and it is further,

**ORDERED,** that should this case terminate due to dismissal, Marie-Ann Greenberg, Chapter 13 Trustee, shall pay this amount to the movant before monies are released to the debtor.