Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

           Case No.:  18−23643−VFP
           Chapter:  13
           Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carolyn Bocchino
   aka Carolyn Ferriero
   16 Doremus Place
   Clifton, NJ 07013

Social Security No.:
   xxx−xx−7807

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/7/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 8, 2019
JAN: mcp

                                Jeanne Naughton
                                Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey

In re:                                                        Case No. 18-23643-VFP
Carolyn Bocchino                                              Chapter 13
       Debtor                     CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                 Page 1 of 3        Date Rcvd: May 08, 2019
                              Form ID: 148                Total Noticed: 92

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2019.
db             +Carolyn Bocchino,    16 Doremus Place,    Clifton, NJ 07013-2602
cr             +CAB East LLC, serviced by Ford Motor Credit Compan,    P.O. Box 62180,
                 Colorado Springs, CO 80962-2180
517633243       Best Buy Corporate Headquarters,    7601 Penn Avenue S (at 7th Street),    Richfield, MN 55423
517633246      +Capital One Bank (USA), NA (FDIC),    4851 Cox Road,    Glen Allen, VA 23060-6293
517633247      +Capital One Bank Corporate Office,    1680 Capital One Drive,    Mc Lean, VA 22102-3407
517633248      +Capital One N.A.,    Att: Midland Funding,    2365 Northside Drive - Suite 300,
                 San Diego, CA 92108-2709
517633252      +Citibank, N.A.,    Att: Portfolio Recovery,    120 Corporate Boulevard - Suite 1,
                 Norfolk, VA 23502-4952
517633253      +Citibank, N.A./Best Buy,    Att: Portfolio Recovery,    P.O. Box 41067,    Norfolk, VA 23541-1067
517633254      +Citibank, NA (FDIC),    701 East 60th Street, North,    Sioux Falls, SD 57104-0493
517633255      +City of Clifton,    900 Clifton Avenue,    Clifton, NJ 07013-2708
517633256      +Clifton Tax Collector,    900 Clifton Avenue,    Clifton, NJ 07013-2708
517633260       Credit One Bank N.A.,    Att: Midland Funding,    365 Northside Drive - Suite 300,
                 San Diego, CA 92108
517633262      +Discover Bank,    Att: Forster, Garbus & Garbus,    7 Banta Place,    Hackensack, NJ 07601-5604
517633263      +Discover Bank (FDIC),    502 E. Market Street,    Greenwood, DE 19950-9700
517633266      +Eleanor Ferriero,    15 Brandtwood Place,    Clifton, NJ 07013-3901
517633267      +Equifax,    1550 Peartree Street NW,    Atlanta, GA 30309-2468
517633268      +Experian,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
517633269      +JC Penney Corporate Headquarters,    6501 Legacy Drive,    Plano, TX 75024-3698
518012855       Legacy Mortgage Asset Trust 2018-RPL3,    c/o Rushmore Loan Management Services,
                 P.O. Box 52708,    Irvine, CA 92619-2708
518012856      +Legacy Mortgage Asset Trust 2018-RPL3,    c/o Rushmore Loan Management Services,
                 P.O. Box 52708,    Irvine, CA 92619-2708,    Legacy Mortgage Asset Trust 2018-RPL3,
                 c/o Rushmore Loan Management Services 92619-2708
517633274       Liberty Mutual Insurance Company,    Att: Credit Collection Services,    P.O. Box 55126,
                 Boston, MA 02205-5126
517633275      #+Liberty Mutual Insurance Company,    141 Congress Street,    Boston, MA 02110-2511
517633273      +Liberty Mutual Insurance Company,    Att: Credit Collection Services,    725 Canton Street,
                 Norwood, MA 02062-2679
517633281    ++++MIDLAND FUNDING, LLC/SYNCB,    ATT: LEONARD H. FRANCO, ESQ.,    1 RIVERFRONT PLZ STE 710,
                 NEWARK NJ 07102-5415
                (address filed with court: Midland Funding, LLC/SYNCB,     Att: Leonard H. Franco, Esq.,
                 1037 Raymond Boulevard,    Suite 710,    Newark, NJ 07102)
517633284      +MTA Bridges and Tunnels E-Z Pass,    2 Broadway,    New York, NY 10004-3357
517633286      #+MTA Bridges and Tunnels E-Z Pass,    Att: Transworld Systems Inc.,    5626 Frantz Road,
                 Dublin, OH 43017-1559
517633285       MTA Bridges and Tunnels E-Z Pass,    Att: Transworld Sysems Inc.,    P.O. Box 15110,
                 Wilmington, DE 19850-5110
517633279      +Midland Funding, LLC,    Att: Pressler, Felt & Warshaw, LLP,    7 Entin Road,
                 Parsippany, NJ 07054-5020
517633282      +Midland Funding, LLC/SYNCB/JC Penney,    Att: Pressler, Felt & Warshaw, LLP,    7 Entin Road,
                 Parsippany, NJ 07054-5020
517633283      +Midland Funding/SYNCH JC Penney,    Att: Court Officer Jose Veazquez,    P.O. Box 6829,
                 Paterson, NJ 07509-6829
517633287       New Jersey E-Z Pass,    Att: RMCB Collection Agency,    P.O. Box 1235,    Elmsford, NY 10523-0935
517633289      +Nordstrom FSB,    Att: Portfolio Recovery,    120 Corporate Boulevard - Suite 1,
                 Norfolk, VA 23502-4952
517633291       Nordstrom Inc. Corporate Offices,    1617 Sixth Avene,    Seattle, WA 98101-1707
517633294      +Portfolio Recovery/Citibank Best Buy,    Att: Forster, Garcus & Garbus,    7 Bantan Place,
                 Hackensack, NJ 07601-5604
517633295       Portfolio Recovery/Citibank Best Buy,    Att: Forster, Garbus & Garbus,    60 Motor Parkway,
                 Commack, NY 11725-5710
517633296       Slomin’s Inc.,    Att: O’Brien & Taylor,    175 Fairfield Avenue,    P.O. Box 505,
                 West Caldwell, NJ 07007-0505
517633297      +Slomin’s Inc.,    Att: Court Officer Steven Palamara,    P.O. Box 7236,
                 Paterson, NJ 07509-7236
517633298      +Slomin’s Inc. Corporate Office,    125 Lauman Lane,    Hicksville, NY 11801-6539
517633301      +Synchrony Bank,    Att: Midland Funding,    2365 Northside Drive - Suite 300,
                 San Diego, CA 92108-2709
517633302      +Synchrony Bank,    c/o PRA Receivables Management, LLC,    P.O. Box 41021,
                 Norfolk, VA 23551-0001
517633304      +Trans Union,    P.O. Box 2000,    Chester, PA 19016-2000
517633305      +Trans Union Corporate Office,    555 W. Adams Street,    Chicago, IL 60661-3631
517633308       Verizon,    National Recovery Operations,    Minneapolis, MN 55426
517633312       Verizon Wireless,    Att: The CBE Group, Inc.,    109 Technology Parkway,
                 Cedar Falls, IA 50613
517633313       Verizon Wireless,    Att: The CBE Group, Inc.,    Payment Processing Center,    P.O. Box 2038,
                 Waterloo, IA 50704-2038
517633315       Wells Fargo Bank,    Loan Service Credit Dispute,    San Antonio, TX 78265
517633320      +World Financial Network Bank,    Att: Portfolio Recovery,    120 Corporate Boulevard - Suite 1,
                 Norfolk, VA 23502-4952
```

```
District/off: 0312-2          User: admin                Page 2 of 3                 Date Rcvd: May 08, 2019
                              Form ID: 148               Total Noticed: 92
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov May 09 2019 00:22:05     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 09 2019 00:22:02    United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr              +EDI: RMSC.COM May 09 2019 03:48:00      Synchrony Bank, c/o PRA Recievables Management, LL,
                 POB 41021,    Norfolk, VA 23541-1021
517633244       +EDI: CAPITALONE.COM May 09 2019 03:48:00      Capital One,    Att: Bankruptcy,    P.O. Box 30285,
                 Salt Lake City, UT 84130-0285
517633245       +EDI: CAPITALONE.COM May 09 2019 03:48:00      Capital One,    P.O. Box 5253,
                 Carol Stream, IL 60197-5253
517745112        EDI: BL-BECKET.COM May 09 2019 03:48:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
517633249       +EDI: CHASE.COM May 09 2019 03:48:00      Chase Bank USA, NA (FDIC),
                 200 White Clay Center Drive,    Newark, DE 19711-5466
517633250       +EDI: CHASE.COM May 09 2019 03:48:00      Chase Card Services,    Correspondence Dept,
                 P.O. Box 15298,    Wilmington, DE 19850-5298
517633251       +EDI: CHASE.COM May 09 2019 03:48:00      Chase Card Services,    P.O. Box 15298,
                 Wilmington, DE 19850-5298
517633257       +EDI: WFNNB.COM May 09 2019 03:48:00      Comenity Bank (FDIC),
                 f/k/a World Financial Network Bank,    One Righter Parkway - Suite 100,
                 Wilmington, DE 19803-1533
517633259       +EDI: RCSFNBMARIN.COM May 09 2019 03:48:00      Credit One Bank,    P.O. Box 98875,
                 Las Vegas, NV 89193-8875
517633258       +EDI: RCSFNBMARIN.COM May 09 2019 03:48:00      Credit One Bank,    Att: Bankruptcy,
                 P.O. Box 98873,    Las Vegas, NV 89193-8873
517633264        EDI: DISCOVER.COM May 09 2019 03:48:00      Discover Financial,    P.O. Box 15316,
                 Wilmington, DE 19850
517641795        EDI: DISCOVER.COM May 09 2019 03:48:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH  43054-3025
517633265       +EDI: DISCOVER.COM May 09 2019 03:48:00      Discover Financial,    P.O. Box 3025,
                 New Albany, OH 43054-3025
517637527        EDI: FORD.COM May 09 2019 03:48:00      Ford Motor Credit Company LLC,    Dept. 55953,
                 PO Box 55000,    Detroit, MI 48255-0953
517633270       +EDI: CHASE.COM May 09 2019 03:48:00      JPMorgan Chase Bank, N.A. (FDIC),
                 1111 Polaris Parkway,    Columbus, OH 43240-2031
517633271       +E-mail/Text: bncnotices@becket-lee.com May 09 2019 00:21:09     Kohls/Capital One,
                 Kohls Credit,    P.O. Box 3120,    Milwaukee, WI 53201-3120
517633272       +E-mail/Text: bncnotices@becket-lee.com May 09 2019 00:21:09     Kohls/Capital One,
                 P.O. Box 3115,    Milwaukee, WI 53201-3115
517633276       +EDI: FORD.COM May 09 2019 03:48:00      Lincoln Automotive Financial Service,    Att: Bankruptcy,
                 P.O. Box 542000,    Omaha, NE 68154-8000
517707258       +EDI: MID8.COM May 09 2019 03:48:00      MIDLAND FUNDING LLC,    PO BOX 2011,
                 WARREN MI 48090-2011
517633277       +EDI: MID8.COM May 09 2019 03:48:00      Midland Credit Management,
                 2365 Northside Drive - Suite 300,    San Diego, CA 92108-2709
517633278       +EDI: MID8.COM May 09 2019 03:48:00      Midland Funding LLC/SYNCB,
                 Att: Leonard H. Franco, Esq.,    Midland Credit Management, Inc.,    P.O. Box 2121,
                 Warren, MI 48090-2121
517633280       +EDI: MID8.COM May 09 2019 03:48:00      Midland Funding, LLC,    2365 Northside Drive - Suite 300,
                 San Diego, CA 92108-2709
517633288       +E-mail/Text: Jerry.Bogar@conduent.com May 09 2019 00:23:22     New Jersey E-Z Pass,
                 375 McCarter Highway,    Newark, NJ 07114-2562
517633292        EDI: PRA.COM May 09 2019 03:48:00      Portfolio Recovery,    120 Corporate Boulevard,
                 Norfolk, VA 23541
517633293        EDI: PRA.COM May 09 2019 03:48:00      Portfolio Recovery,    140 Corporate Boulevard,
                 Norfolk, VA 23541
517742280        EDI: PRA.COM May 09 2019 03:48:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk VA 23541
517749572        EDI: PRA.COM May 09 2019 03:48:00      Portfolio Recovery Associates, LLC,
                 c/o Victorias Secret,    POB 41067,    Norfolk VA 23541
517633299       +EDI: RMSC.COM May 09 2019 03:48:00      SYNCB/Care Credit,    P.O. Box 965036,
                 Orlando, FL 32896-5036
517633300       +EDI: RMSC.COM May 09 2019 03:48:00      SYNCB/Lord & Taylor,    P.O. Box 965015,
                 Orlando, FL 32896-5015
517634042       +EDI: RMSC.COM May 09 2019 03:48:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517633303       +EDI: RMSC.COM May 09 2019 03:48:00      Synchrony Bank (FDIC),
                 170 West Election Road - Suite 125,    Draper, UT 84020-6425
517633306       +EDI: VERIZONCOMB.COM May 09 2019 03:48:00      Verizon,    Att: Wireless Bankrupty Admin,
                 500 Technology Drive - Suite 500,    Weldon Springs, MO 63304-2225
517633309       +EDI: VERIZONCOMB.COM May 09 2019 03:48:00      Verizon,    P.O. Box 650584,
                 Dallas, TX 75265-0584
517633307       +EDI: VERIZONCOMB.COM May 09 2019 03:48:00      Verizon,    Att: Wireless Bankruptcy Admin,
                 500 Technology Drive - Suite 550,    Weldon Springs, MO 63304-2225
```

```
District/off: 0312-2              User: admin              Page 3 of 3              Date Rcvd: May 08, 2019
                                  Form ID: 148             Total Noticed: 92
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
517736541         +EDI: AIS.COM May 09 2019 03:48:00      Verizon,    by American InfoSource as agent,
                   4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517633310         +EDI: VERIZONCOMB.COM May 09 2019 03:48:00      Verizon Corporate Office Headquarters,
                   140 West Street,    New York, NY 10007-2123
517633311         +EDI: VERIZONCOMB.COM May 09 2019 03:48:00      Verizon Wireless,    200 Corporate Drive,
                   Orangeburg, NY 10962-2616
517633318          EDI: WFFC.COM May 09 2019 03:48:00      Wells Fargo Home Mortgage,    8480 Stagecoach Circle,
                   Frederick, MD 21701
517633314          EDI: WFFC.COM May 09 2019 03:48:00      Wells Fargo Bank,    Att: Bankruptcy Dept,
                   P.O. Box 6429,    Greenville, SC 29606
517633316         +EDI: WFFC.COM May 09 2019 03:48:00      Wells Fargo Bank,    N.A. (FDIC),
                   101 North Phillips Avenue,    Sioux Falls, SD 57104-6714
517694349          EDI: WFFC.COM May 09 2019 03:48:00      Wells Fargo Bank, N.A.,    Default Document Processing,
                   N9286-01Y,    1000 Blue Gentian Road,    Eagan, MN 55121-7700
517633317         +EDI: WFFC.COM May 09 2019 03:48:00      Wells Fargo Home Mortgage,    Att: Bankruptcy,
                   3476 Stateview Boulevard,    Mac Z7801-014,    Fort Mill, SC 29715-7203
517633319         +EDI: WABK.COM May 09 2019 03:48:00      World Financial Network Bank,    Att: Portfolio Recovery,
                   P.O. Box 41067,    Norfolk, VA 23541-1067
                                                                                                TOTAL: 45

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517633261        ##+Credit One Bank, NA (FDIC),    585 Pilot Road,    Las Vegas, NV 89119-3619
517633290        ##+Nordstrom FSB (FDIC),    8502 East Princess Drive,    Suite 150,    Scottsdale, AZ 85255-5488
                                                                                                TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2019                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2019 at the address(es) listed below:

```
              Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK, N.A. cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    Legacy Mortgage Asset Trust 2018-RPL3
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company
               LLC ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Legacy Mortgage Asset Trust 2018-RPL3
               rsolarz@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              Virginia E. Fortunato    on behalf of Debtor Carolyn  Bocchino njbankruptcy911@gmail.com,
               bankruptcynotices2011@gmail.com;fortunatovr82014@notify.bestcase.com
                                                                                                 TOTAL: 7
```